|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 |   |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | OWEN P. MARTIKAN (CSBN 177104)<br>Assistant United States Attorneys |
| 5 |   |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7241 |
| 7 | Facsimile: (415) 436-7234<br>owen.martikan@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0238 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME FROM |
| | ) | FEBRUARY 2, 2009 THROUGH |
| PETER HE, | ) | FEBRUARY 23, 2009 |
| | ) | |
| Defendant. | ) | |

On February 2, 2009, the parties in this case appeared before the Court for a status conference. The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from February 2, 2009, through February 23, 2009, for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

//

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP

1  defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3               JOSEPH P. RUSSONIELLO
             United States Attorney

              /s/

DATED: _____     _____
             OWEN P. MARTIKAN
             Assistant United States Attorney


DATED:           CLARENCE & DYER, LLP

              /s/
             _____
             EDWIN K. PRATHER, ESQ.
             Attorneys for Peter He

  As the Court found on February 2, 2009, and for the reasons stated above, an exclusion of time from February 2, 2009, through February 23, 2009, is warranted due to delay resulting from the transfer of a case, and because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §3161 (h)(1)(G) and (h)(8)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.


DATED: 2/19/2009      _____
            HON.
            United

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP           2