JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>        )<br>v. )<br>        )<br>PETER HE, )<br>    Defendant. )<br>_____) | No. CR 08-0238 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>FEBRUARY 2, 2009 THROUGH<br>FEBRUARY 23, 2009 |

      On February 2, 2009, the parties in this case appeared before the Court for a status conference.  The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial Act calculations from February 2, 2009, through February 23, 2009, for effective preparation of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

//

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP

1  defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3  JOSEPH P. RUSSONIELLO
   United States Attorney

4

                                    /s/
5  DATED: _____      _____
                               OWEN P. MARTIKAN
6                              Assistant United States Attorney

7

8  DATED:                      CLARENCE & DYER, LLP

                                    /s/
9                              _____
10                             EDWIN K. PRATHER, ESQ.
                               Attorneys for Peter He

11

12      As the Court found on February 2, 2009, and for the reasons stated above, an exclusion of

13 time from February 2, 2009, through February 23, 2009, is warranted due to delay resulting from

14 the transfer of a case, and because the ends of justice outweigh the best interests of the public

15 and the defendant in a speedy trial.  *See* 18 U.S.C. §3161 (h)(1)(G) and (h)(8)(A).  The failure to

16 grant the requested continuance would deny defense counsel the reasonable time necessary for

17 effective preparation, taking into account the exercise of due diligence, and would result in a

18 miscarriage of justice.  *See* 18 U.S.C. §3161(h)(8)(B)(iv).

19 SO ORDERED.

20

21

22 DATED: 2/19/2009          _____
                            HON.
23                          United
   
   IT IS SO ORDERED
   Judge Marilyn H. Patel
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

STIP. AND [PROPOSED] ORDER EXCLUDING TIME
CR 08-0238 MHP                              2