EDWIN K. PRATHER (State Bar No. 190536)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com

Attorneys for Defendant
PETER HE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER HE,<br><br>　　　　　Defendant. | Case No. CR 08-0238 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR MODIFICATION OF**<br>**PRETRIAL RELEASE ORDER** |

　　　In this proposed stipulated order, the parties jointly request that the Court modify Defendant Peter He's pretrial release conditions to allow him to travel to the Eastern District of California, to include a curfew, and to allow Mr. He to leave his home outside of his curfew with the prior approval of a pretrial services officer.

　　　On February 13, 2009, the Court released Mr. He from custody with the condition of electronic home monitoring based on the joint request of the U.S. Attorney's Office and defense counsel.

　　　The parties jointly request that the Court allow Mr. He to travel to the Eastern District of California.

　　　The parties also jointly request that the Court impose a curfew of 8:00 p.m. on Mr. He and

Page 1

that he be allowed to leave his home anytime between the hours of 6:00 a.m. and 8:00 p.m. to facilitate Mr. He's contact with the community, ability to seek gainful employment, and to meet with defense counsel. The parties also request that Mr. He be allowed to leave his home after 8:00 p.m. and prior to 6:00 a.m., with prior approval from a pretrial services officer.

Mr. Rich Sarlatte, Mr. He's pretrial services officer, has no objection to the implementation of a curfew and to Mr. He's ability to leave his home between the hours of 8:00 p.m. and 6:00 a.m. with prior approval from a pretrial services officer. Mr. Sarlatte also has no objection to Mr. He's travel to the Eastern District of California.

IT IS SO STIPULATED:

Dated: March 11, 2009              CLARENCE & DYER LLP

                                   /s/: Edwin K. Prather
                                   EDWIN K. PRATHER
                                   Attorneys for Defendant Peter He

Dated: March 11, 2009              JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                   /s/: Owen Martikan
                                   OWEN MARTIKAN
                                   Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Therefore, for good cause shown, the Court should modify Mr. He's terms and conditions of pretrial release to allow him to leave his home between the hours of 6:00 a.m. and 8:00 p.m. Mr. He's terms and conditions of pretrial release should also be modified to allow him to leave his home between the hours of 8:00 p.m. and 6:00 a.m. with the prior approval of a

1  pretrial services officer.  The Court should also modify Mr. He's terms and conditions of pretrial

2  release to allow him to travel to the Eastern District of California.

3

4

5  IT IS SO ORDERED.

6  Dated: March __12__, 2009



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, Stephanie Chan, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On March 12, 2009, I served a copy, with all exhibits, of the following documents:

- **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE ORDER**

___X___ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

*Via Electronic Mail*

Owen P. Martikan
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
owen.martikan@usdoj.gov

*Via Facsimile*

Rich Sarlatte
United States Pretrial Services
450 Golden Gate Avenue, 18th Floor
San Francisco, CA 94102
Fax: (415) 436-7517

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

                                                                                   /s/: Stephanie Chan
                                                                                      Stephanie Chan