CLARENCE & DYER LLP
EDWIN K. PRATHER (State Bar No. 190536)
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com

Attorneys for Defendant
PETER HE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>PETER HE,<br><br>                Defendant. | Case No. CR 08-0238 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE ORDER** |

    In this proposed stipulated order, the parties jointly request that the Court modify the terms and conditions of defendant Peter He's pretrial release to remove the conditions of electronic home monitoring and a curfew.

    Rich Sarlatte, Mr. He's pretrial services officer, has no objection to the removal of the condition of electronic home monitoring and to eliminating Mr. He's curfew.

///

///

///

///

///

Page 1

Stipulation and [Proposed] Order For Modification of Pretrial Release Order [Case No: CR 08-0238 MHP]

Therefore, for good cause shown, the Court should modify the terms and conditions of Mr. He's pretrial release to remove the condition of electronic home monitoring and to remove Mr. He's curfew. All other terms and conditions of release shall remain in place.

IT IS SO STIPULATED:

Dated: July 1, 2009

/s/: Edwin K. Prather

EDWIN K. PRATHER
Attorney for Defendant Peter He

Dated: July 1, 2009

/s/: Owen Martikan

OWEN MARTIKAN
Assistant United States Attorney

IT IS SO ORDERED.

Dated: July  6 , 2009

IT IS SO ORDERED

Judge Elizabeth D. Laporte

**PROOF OF SERVICE**

I, Stephanie Chan, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On July 1, 2009, I served a copy, with all exhibits, of the following documents:

• **STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE ORDER**

___X___ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| *Via Electronic Mail* | *Via Facsimile* |
|---|---|
| Owen P. Martikan | Rich Sarlatte |
| Assistant United States Attorney | United States Pretrial Services |
| 450 Golden Gate Avenue, Box 36055 | 450 Golden Gate Avenue, 18th Floor |
| San Francisco, California 94102 | San Francisco, CA 94102 |
| owen.martikan@usdoj.gov | Fax: (415) 436-7517 |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

                                                   /s/: Stephanie Chan
                                                         Stephanie Chan