# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER HE,<br><br>　　　　Defendant. | Case No.: CR 08-0238 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE SENTENCING AND PSR** |

　　　This case was previously set for sentencing on Monday, September 13, 2010, at 9:00 a.m. In order to provide the Probation Officer and counsel with the additional time they require to complete pretrial investigations and prepare the initial Presentence Report (PSR), the parties stipulate and request that the Court continue the sentencing in this case until Monday, November 15, 2010, at 9:00 a.m.

　　　The Probation Officer in this case, Insa Bel'Ochi, is available on the proposed date.

///

///

///

1   Additionally, the parties agree that defense counsel may have access to the
2   Presentence Report prepared for defendant He's prior conviction which in the possession of
3   the U.S. Probation Office.  Probation Officer Bel'Ochi, concurs that defense counsel should
4   have access to this document.
5   SO STIPULATED:

                                                  MELINDA HAAG
6                                                     United States Attorney
7
8   Dated: September 8, 2010                     _____/s/_____
                                                  OWEN MARTIKAN
9                                                     Assistant United States Attorney
10
11  Dated: September 8, 2010                     _____/s/_____
12                                                    EDWIN PRATHER
                                                  Attorney for Defendant
13                                                    PETER HE
14
15  ### [PROPOSED] ORDER
16
17  GOOD CAUSE APPEARING and per the parties' stipulation, the sentencing
18  hearing in this case is hereby continued until November 15, 2010, at 9:00 a.m.
19  Additionally, in preparation for the sentencing hearing, defense counsel may have
20  a copy of the PSR previously written for and used in Mr. He's prior federal conviction.
21  IT IS SO ORDERED.
22  Dated: __9/10/2010_____               _____
23                                                   HON. MARILYN H. PATEL
24
25

*IT IS SO ORDERED* — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)

STIPULATION AND [PROPOSED] ORDER RE SENTENCING
AND PSR [Case No.: CR 08-0238 MHP]                               2