1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys

5

        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7241
7       Facsimile: (415) 436-7234
        owen.martikan@usdoj.gov

8
   Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    No.  CR 08-0238 MHP
                                     )
14          Plaintiff,               )
                                     )
15      v.                           )    PARTIES' JOINT REQUEST FOR TWO-
                                     )    WEEK CONTINUANCE TO SENTENCING
                                     )    HEARING AND [PROPOSED] ORDER
16  PETER HE,                        )
                                     )
17          Defendant.               )
                                     )
    _____ )
18

19

20       The parties jointly request that, subject to the Court's approval, the sentencing hearing

21  presently set for November 15, 2010, be continued for two weeks and set for sentencing hearing

22  at the same time on November 29, 2010.  The United States has previously determined from

23  reviewing the Court's publicly-posted scheduling information that the Court is currently available

24  for a hearing on that date.  The assigned probation officer, Insa Bel'Ochi, has been consulted

25  with respect to this date and has indicated that she is available on that date.  The basis of the

26  parties' joint request is set out in more detail below.

27

28

JOINT REQ. & [PROPOSED] ORDER
CR 08-0238 MHP

1        The reason for the continuance is that the United States requires additional time to obtain

2    supervisory approval for its anticipated sentencing recommendation in this case.

3

4    SO STIPULATED.

5    Dated: November 3, 2010                    MELINDA HAAG
                                                 United States Attorney
6

7                                                        /s/
8                                                OWEN P. MARTIKAN
                                                 Assistant United States Attorney
9

10   SO STIPULATED.                             LAW OFFICES OF EDWIN K. PRATHER

11

12   Dated: November 3, 2010                           /s/
                                                 EDWIN K. PRATHER
13                                               Attorney for defendant
                                                 Peter He
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] O R D E R**

2

GOOD CAUSE APPEARING,

3

IT IS ORDERED that the sentencing hearing presently set for November 15, 2010, be

4

continued to November 29, 2010, at 10:00am.

5

Dated:  11/4/2010

6

7

8

HON_____
UN_____



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REQ. & [PROPOSED] ORDER
CR 08-0238 MHP                                    -3-